| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | **Monty Wade Moore**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9354<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Northern District of Texas | | Date case filed for chapter: 13   3/13/26 |
| Case number: 26–41130–elm13 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Monty Wade Moore | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 313 Olde Knoll Place<br>Rio Vista, TX 76093 | |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Pam Bassel<br>Office of The Standing Ch.13 Trustee<br>860 Airport Freeway<br>Suite 150<br>Hurst, TX 76054 | Contact phone 817–916–4710<br>Email: bassel341docs@fwch13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br>Contact phone 817–333–6000<br>Date: 3/13/26 |

For more information, see page 2

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | April 21, 2026 at 12:25 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For the Dallas and Fort Worth Divisions Only:**<br>The specific time for this meeting will be assigned by the trustee indicated in section #5 of this notice. For futher detailed information please visit the trustee's website at:<br>Tom Powers Website: http://dallasch13.com<br>Pam Bassell Website: https://www.13network.com/trustees/fww/fwwhome.aspx<br>Tim Truman Website: https://www.13network.com/trustees/ftw/ftwhome.aspx | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 235 733 1135, and Passcode 7436509240, OR call 1-469-796-0257**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/22/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/22/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/9/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-41130-elm

Monty Wade Moore Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Mar 13, 2026 Form ID: 309I Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monty Wade Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23277999 | + | Angela Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23278001 | + | Barnett Garcia, 3821 Juniper Trace Suite 108, Austin, TX 78738-5514 |
| 23278003 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23278004 | + | Caine & Weiner (Progressive Northern Insurance), PO Box 5010, Woodland Hills, CA 91365-5010 |
| 23278006 | + | Cassandra Black, 7432 Spring Ranch Court, Godley, TX 76044-3854 |
| 23278010 | + | City of Venus, 700 W US Highway 67, Venus, TX 76084-3361 |
| 23278017 | + | Intuit Quickbooks, 2700 Coast Ave., Mountain View, CA 94043-1140 |
| 23278019 | + | Jackie Bess, 961 Prairie Timber road, Burleson, TX 76028-7658 |
| 23278020 | + | John Stayer, 11708 Pallas Pl, Godley, TX 76044-1513 |
| 23278022 | + | Josh Schatzel, 703 Mustang Trail, Granbury, TX 76049-5688 |
| 23278023 | + | Kathy and Rudy, 1507 Brooks avenue, Brownwood, TX 76801-7318 |
| 23278024 | + | Lance Burleson, 150 County Road 1192, Kopperl, TX 76652-4857 |
| 23278027 | + | Michael Morrow, 4804 Blue Water Circle, Granbury, TX 76049-1748 |
| 23278028 | + | Michelle Unrue, 4029 Nola Drive, Midlothian, TX 76065-4408 |
| 23278029 | + | Mike Ryan, 1129 Garden Ridge Dr, Burleson, TX 76028-4967 |
| 23278030 | + | Mission Lane LLC, PO Box 10528, Atlanta, GA 30310 |
| 23278032 | + | Norred Law, PLLC, 515 E Border St, Arlington, TX 76010-7402 |
| 23278033 | + | Nuwan Warnesuriye, 12578 Bella Amore Drive, Fort Worth, TX 76126-4954 |
| 23278034 | + | Paula Jones, 3925 County Road 310, Cleburne, TX 76031-8509 |
| 23278037 | + | Red River Employees Federal Credit Union, PO Box 6909, Texarkana, TX 75505-6909 |
| 23278038 | + | Rhonda Woodall, 712 Featherson Street, Cleburne, TX 76033-4756 |
| 23278039 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23278041 | + | Roddy Eaton, 4916 Viejo Ct, Granbury, TX 76049-7103 |
| 23278042 | + | Sam Burgess, 7033 Shady Hills Lane, Burleson, TX 76028-1050 |
| 23278050 | + | TMN Enterprise, 608 West Industrial Blvd Building 200, Cleburne, TX 76033-7777 |
| 23278045 | + | Terri Welch, 501 Stadium Dr, Glen Rose, TX 76043-4635 |
| 23278046 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23278048 | + | Texas Car Title, 1111 E Henderson St., Cleburne, TX 76031-5222 |
| 23278051 | + | Tracey Brown, 703 N 5th Street, Temple, TX 76501-3115 |
| 23278053 | + | Wells Fargo Bank, MAC D4004-03A P.O. Box 202902, Dallas, TX 75320-0001 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Mar 13 2026 22:13:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | Email/Text: bassel341docs@fwch13.com | Mar 13 2026 22:14:00 | Pam Bassel, Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |

| District/off: 0539-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: 309I | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 23277998 | + | Email/PDF: bncnotices@becket-lee.com | Mar 13 2026 22:12:56 | AMEX/CBNA, PO Box 981540, El Paso, TX 79998-1540 |
| 23277997 | + | EDI: GMACFS.COM | Mar 14 2026 02:04:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 23278000 | ^ | MEBN | Mar 13 2026 22:08:23 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23278002 | + | EDI: CITICORP | Mar 14 2026 02:04:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 23278007 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Mar 13 2026 22:13:00 | Caterpillar Financial Services, PO Box 340001, Nashville, TN 37203 |
| 23278005 | + | EDI: CAPITALONE.COM | Mar 14 2026 02:04:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23278008 | + | EDI: JPMORGANCHASE | Mar 14 2026 02:04:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 23278009 | + | Email/Text: emccain@pbfcm.com | Mar 13 2026 22:13:02 | City of Cleburne, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278011 | + | Email/Text: emccain@pbfcm.com | Mar 13 2026 22:13:02 | Cleburne ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278012 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 13 2026 22:14:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive Suite 110, Pittsburgh, PA 15220-2700 |
| 23278013 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2026 22:13:00 | Cross Country Mortgage, 8950 Cypress Walter?S Blvd, Coppell, TX 75019-4620 |
| 23278014 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2026 22:14:00 | Dept. Of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 23278015 | + | Email/Text: EBNBKNOT@ford.com | Mar 13 2026 22:14:00 | Ford Credit, c/o Customer Service Center, PO Box 35910, Cleveland, OH 44135-0910 |
| 23278018 | + | EDI: IRS.COM | Mar 14 2026 02:04:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23278025 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 13 2026 22:14:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23278026 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 13 2026 22:14:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23278021 | | Email/Text: emccain@pbfcm.com | Mar 13 2026 22:13:02 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010 |
| 23278035 | + | Email/Text: emccain@pbfcm.com | Mar 13 2026 22:13:02 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23278040 | + | Email/Text: emccain@pbfcm.com | Mar 13 2026 22:13:02 | Rio Vista ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278043 | | Email/Text: pacer@cpa.state.tx.us | Mar 13 2026 22:14:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23278044 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Mar 13 2026 22:13:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23278047 | + | Email/Text: bcd@oag.texas.gov | Mar 13 2026 22:13:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23278049 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 13 2026 22:14:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, |

| District/off: 0539-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: 309I | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 23278052 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov Mar 13 2026 22:14:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 | TX 78778-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23278016 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23278031 | ##+ | Nicole Kincaid, 2465 Sunfish Pl, Bluff Dale, TX 76433-4427 |
| 23278036 | ##+ | Perfection Collection, 313 E 1200 S, Suite 102, Orem, UT 84058-6910 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026          Signature:    /s/Gustava Winters