## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:    Monty Wade Moore,      §
                                 §    CASE NO. __26-41130-elm13__
                                 §
          DEBTOR(S).        §    CHAPTER 13
                                 §

### DEBTOR'S(S') CERTIFICATE THAT ALL TAX RETURNS HAVE BEEN FILED

Pursuant to General Order 2023-04, paragraph 11(d) (and as the General Order may be amended) and 11 U.S.C. § 1325(a)(9), the Debtor(s) certifies/certify as follows:

**I/WE WAS/WERE NOT REQUIRED** by applicable law to file a federal income tax return with the Internal Revenue Service (IRS) for the following years:

_____

_____.

Other than the returns that were due for the years disclosed above, **I/WE HAVE FILED** all federal income tax returns with the Internal Revenue Service (IRS) for the following 4-year period ending immediately prior to my bankruptcy petition date, those being the returns for tax years: 20<u>21</u> 20<u>22</u> 20<u>23</u> and 20<u>24</u>

In addition, **I/WE HAVE FILED** any other Federal, State and local tax returns required under applicable law and as required by 11 U.S.C. § 1308 for all taxable periods ending during the 4-year period ending immediately prior to my bankruptcy petition date, those being described as follows (identify the type of tax and period):

_____

_____.

**I/WE ACKNOWLEDGE** that the failure to file any tax return required by 11 U.S.C. § 1308 may result in dismissal or conversion of my/our bankruptcy case under 11 U.S.C. § 1307(c).

**I/WE DECLARE** under penalty of perjury that the foregoing information is true and correct.

DATED: ___3/17/26___                 _____
                                     DEBTOR

                                         _____
                                     JOINT DEBTOR

Revised: 4/26/2024