Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Monty Wade Moore,<br><br>Debtor. | Case No. 26-41130-elm13<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's *Notice of Chapter 13 Bankruptcy Case* [ECF 6] was served on March 20, 2026, via First-Class Mail on Nicole Kincaid at the following address:

Nicole Kincaid
2080 Compass Way
Bluff Dale, TX 76433

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor