**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                    **CASE NO.: 26-41130-ELM-13**

**MONTY WADE MOORE**
   313 OLDE KNOLL PL
   RIO VISTA, TX 76093
   SSN/TIN: XXX-XX-9354

**DEBTOR**                                                        **MEETING: APRIL 21, 2026**

### NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE

The Standing Chapter 13 Trustee conducts the §341 meeting of creditors using Zoom.  Make certain that you and your client can access Zoom with the device each of you will be using to attend the §341 meeting of creditors.  If necessary, download the Zoom app at  www.zoom.us or the App store.  Pro-se debtors are required to ensure they can access Zoom.

The first meeting of creditors will be set on the date above.  The time for the meeting will be on our website.  Go to www.13network.com, go to Texas in the far right column, and click Pam Bassel (Fort Worth).  Once you are on our website, at the top of the right hand column, you will see "DEBTOR LAST NAME SORT" and "DEBTOR ATTORNEY FIRM NAME SORT".  Clicking either one takes you to a schedule of §341 meeting times.

All participants should log into Zoom a few minutes prior to the meeting.  To sign in, go to our website (see above) and, in the right hand column, find the heading "ZOOM LINK FOR ALL MEETINGS" which you can click to join the meeting.  Or, you can paste this link in your browser:

https://us02web.zoom.us/j/2357331135?pwd=T3Y1RzVVMFdZZ1pGZzNiVkItUjFvUT09&omn=81684243200

You may have to wait a few minutes for your §341 meeting of creditors to begin if the prior meeting is not concluded.  Please be on time to avoid delaying meetings set after yours.  If either the Debtor or the Debtor's attorney do not join the meeting on time, it will be re-set and a Motion to Dismiss the case may be filed.  If a creditor or other party does not join the meeting on time, the meeting will begin without them.

BEFORE THE MEETING

At least two days before the meeting, acceptable documents to verify each Debtor's identity and social security number must be uploaded To www.bkdocs.us .  If our office does not receive these documents, we will not hold the meeting, and a Motion to Dismiss the case will be filed.

Additionally, DEBTOR'S COUNSEL IS RESPONSIBLE FOR ENSURING THAT THE DEBTOR HAS THE TECHNOLOGICAL CAPABILITY TO BE SEEN AND HEARD DURING THE MEETING, THAT THE DEBTOR HAS DOWNLOADED THE ZOOM APP IF NEEDED, AND THAT THE DEBTOR HAS  SUFFICIENT BANDWIDTH TO PARTICIPATE IN THE MEETING.  THE DEBTOR MAY NEED TO BE PRESENT IN YOUR OFFICE IF NECESSARY.  PRO-SE DEBTORS HAVE THESE SAME RESPONSIBILITIES.

   **DEBTORS MAY TAKE A FREE ONLINE PERSONAL FINANCIAL MANAGEMENT COURSE WHICH SATISFIES ONE OF THE REQUIREMENTS FOR A CHAPTER 13 DISCHARGE BY GOING TO www.13class.com and using the Bassel Trustee Identifier Number TEN13033. (Do not use Truman office Trustee Identifier Number TEN13001.)**

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before April 01, 2026. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

AIS PORTFOLIO SERVICES LP,  ATTN: ALLY BANK DEPT,  4515 N SANTA FE AVE DEPT APS,  OKLAHOMA CITY, OK  73118-0000

ALDRIDGE PITE LLP,  3333 CAMINO DEL RIO SOUTH,  STE 225,  SAN DIEGO, CA  92108-0000

Ally Bank,  AIS Portfolio Services LP,  4515 N Santa Fe Ave Dept APS,  Oklahoma City, OK  73118

ALLY BANK,  PAYMENT PROCESSING CENTER,  PO BOX 660618,  DALLAS, TX  75266-0000

Ally Financial,  Attn: Bankruptcy Dept,  PO Box 380901,  Bloomington, MN  55438-0000

AMERICAN EXPRESS,  PO BOX 981540,  EL PASO, TX  79998

Angela Moore,  313 Olde Knoll Place,  Rio Vista, TX  76093

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Barnett & Garcia,  3821 Juniper Trace, Suite 108,  Austin, TX  78738-0000

Best Buy,  PO Box 790441,  St Louis, MO  63179

Brackett AND Ellis,  100 Main St,  Fort Worth, TX  76102

CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY, UT  84130

Capital One Bank USA,  by American InfoSource as agent,  4515 N Santa Fe Ave,  Oklahoma City, OK  73118

CAPITAL ONE BANK USA NA,  BY AMERICAN INFOSOURCE LP AS AGENT,  PO BOX 71083,  CHARLOTTE, NC  28272

Cassandra Black,  7432 Spring Ranch Court,  Godley, TX  76044

CATERPILLAR FINANCIAL SERVICES CORPORATION,  2120 WEST END AVENUE,  NASHVILLE, TN  37203

CHASE,  PO BOX 15298,  WILMINGTON, DE  19850

CITY OF CLEBURNE,  C/O PERDUE BRANDON FIELDER COLLINS & MOTT,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

City of Venus,  700 W US Highway 67,  Venus, TX  76084

CLEBURNE ISD,  C/O PERDUE BRANDON FIELDER COLLINS & MOTT,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

Collection Management,  661 Andersen Dr 110,  Pittsburgh, PA  15220

Cross Country Mortgage,  8950 Cypress Walter?S Blvd,  Coppell, TX  75019

DEPT OF EDUCATION/NELNET,  121 S 13TH ST,  LINCOLN, NE  68508-0000

DEPT OF JUSTICE - TAX DIVISION,  717 N HARWOOD STE 400,  ***BAD ADDRESS***,  DALLAS, TX  75201-0000***

Ford Credit,  c o Customer Service Center,  PO Box 35910,  Cleveland, OH  44135

GM FINANCIAL,  PO BOX 181145,  ARLINGTON, TX  76096-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

Intuit Quickbooks,  2700 Coast Ave,  Mountain View, CA  94043

Jackie Bess,  961 Prairie Timber road,  Burleson, TX  76028

John Stayer,  11708 Pallas Pl,  Godley, TX  76044

JOHNSON COUNTY,  C/O PERDUE BRANDON FIELDER COLLINS & MOTT,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

Josh Schatzel,  703 Mustang Trail,  Granbury, TX  76049

Kathy and Rudy,  1507 Brooks avenue,  Brownwood, TX  76801

Lance Burleson,  150 County Road 1192,  Kopperl, TX  76652

LGBS,  100 Throckmorton St # 300,  Fort Worth, TX  76102

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

Michael Morrow,  4804 Blue Water Circle,  Granbury, TX  76049

Michelle Unrue,  4029 Nola Drive,  Midlothian, TX  76065

Mike Ryan,  1129 Garden Ridge Dr,  Burleson, TX  76028

Mission Lane Llc,  PO Box 10528,  Atlanta, GA  30310-0000

Nicole Kincaid,  2080 Compass Way,  Bluff Dale, TX  76433

Nuwan Warnesuriye,  12578 Bella Amore Drive,  Fort Worth, TX  76126

Paula Jones,  3925 County Road 310,  Cleburne, TX  76031

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

Perfection Collection,  Attn Bankruptcy Department,  313 E 1200 S Suite 102,  ***BAD ADDRESS***,  Orem, UT  84058***

Progressive Insurance,  CO Caine AND Weiner,  PO Box 5010,  ***BAD ADDRESS***,  Woodland Hills, CA  91365***

Red River Employees Federal Credit Union,  PO Box 6909,  Texarkana, TX  75505

Rhonda Woodall,  712 Featherson Street,  Cleburne, TX  76033

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  7521

RICK D BARNES TARRANT COUNTY TAX OFFICE,  100 E WEATHERFORD STREET,  FORT WORTH, TX  76196

RIO VISTA ISD,  C/O PERDUE BRANDON FIELDER COLLINS & MOTT,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

Roddy Eaton,  4916 Viejo Ct,  Granbury, TX  76049

Sam Burgess,  7033 Shady Hills Lane,  Burleson, TX  76028

NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE

CREDITORS:      (cont'd.)

Terri Welch,  501 Stadium Dr,  Glen Rose, TX  76043

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

Texas Alcoholic Beverage Commission Taxing A,  5806 Mesa Dr,  Austin, TX  78731

Texas Car Title & Payday,  1111 East Henderson St.,  Cleburne, TX  76031-0000

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

TMN Enterprise,  608 West Industrial Blvd Building 200,  Cleburne, TX  76033

Tracey Brown,  703 N 5th Street,  Temple, TX  76501

US Department of Housing and Urban Develop,  307 W 7th St Suite 1000,  Fort Worth, TX  76102

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

US DEPT OF HUD,  2000 N CLASSEN BLVD STE 3200,  OKLAHOMA CITY, OK  73106-0000

Wells Fargo Bank,  MAC D4004 03A PO Box 202902,  Dallas, TX  75320

***Address on record invalid for recipient -- no document mailed to this party.