Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Monty Wade Moore

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

.

| In re: | |
|---|---|
| Monty Wade Moore | Case No. 26-41130-elm13 |
| Debtor, | Chapter 13 |

### NOTICE OF CONVERSION UNDER 11 U.S.C. § 1307(a)

COMES NOW, Monty Wade Moore ("Debtor") by and through undersigned counsel, and files this Notice of Conversion under 11 U.S.C. § 1307(a) and, in support thereof, respectfully states the following:

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The relief requested herein is made pursuant to 11 U.S.C. § 1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

### II. BACKGROUND

3. On March 13, 2026, ("Petition Date"), the Debtor commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. ("Bankruptcy Code").

4. The Debtor is currently subject to court-ordered restitution obligations imposed as a condition of probation. Additionally, due to work restrictions limiting employment within a 500-

26-41130-elm, Notice of Conversion to Chapter 7

mile radius, the Debtor's income will significantly decreased, rendering the Debtor unable to make payments under the Chapter 13 plan.

5.      Section 1307(a) of the Bankruptcy Code provides that a debtor may convert a Chapter 13 case to a Chapter 7 case at any time. Bankruptcy Rule 1017(f)(3) further provides that such a conversion occurs without court order upon the filing of a notice of conversion.

6.      Accordingly, the Debtor hereby elects to convert this Chapter 13 case to a Chapter 7 case.

### III. DEBTOR'S 1019 REPORT AND SCHEDULE UPON CONVERSION

7.      Since the Petition Date, to the best of Debtor's knowledge:

a)   No debts were incurred after the Petition Date and before conversion.

b)   No property is being abandoned.

c)   No new property, unpaid debts, or executory contracts or unexpired leases were entered into, assumed, or acquired by the Debtor between the Petition Date and the conversion date.

8.      This report is made pursuant to Bankruptcy Rules 1019(5)(B) and 1019(5)(C).

**WHEREFORE**, Monty Wade Moore, by and through undersigned counsel, respectfully requests that the Clerk promptly transmit a copy of this Notice to the United States Trustee and that all interested parties take notice of the conversion.

DATED: April 8, 2026

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

26-41130-elm, Notice of Conversion to Chapter 7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, April 8, 2026, a true and correct copy of the foregoing document was served via ECF notification on the recipients receiving electronic notice in this case.

/s/ Clayton L. Everett
Clayton L. Everett