United States Bankruptcy Court

Northern District of Texas

In re:                                                                    Case No. 26-41130-elm

Monty Wade Moore                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                    User: admin                    Page 1 of 4

Date Rcvd: Apr 09, 2026                 Form ID: 309A                   Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Monty Wade Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| aty | + | Elizabeth Banda Calvo, Perdue Brandon Fielder Collins Mott, 500 E. Border St., Ste 640, Arlington, TX 76010-7457 |
| 23277999 | + | Angela Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23278001 | + | Barnett Garcia, 3821 Juniper Trace Suite 108, Austin, TX 78738-5514 |
| 23278003 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23278004 | + | Caine & Weiner (Progressive Northern Insurance), PO Box 5010, Woodland Hills, CA 91365-5010 |
| 23278006 | + | Cassandra Black, 7432 Spring Ranch Court, Godley, TX 76044-3854 |
| 23278010 | + | City of Venus, 700 W US Highway 67, Venus, TX 76084-3361 |
| 23278017 | + | Intuit Quickbooks, 2700 Coast Ave., Mountain View, CA 94043-1140 |
| 23278019 | + | Jackie Bess, 961 Prairie Timber road, Burleson, TX 76028-7658 |
| 23278020 | + | John Stayer, 11708 Pallas Pl, Godley, TX 76044-1513 |
| 23278022 | + | Josh Schatzel, 703 Mustang Trail, Granbury, TX 76049-5688 |
| 23278023 | + | Kathy and Rudy, 1507 Brooks avenue, Brownwood, TX 76801-7318 |
| 23278024 | + | Lance Burleson, 150 County Road 1192, Kopperl, TX 76652-4857 |
| 23278027 | + | Michael Morrow, 4804 Blue Water Circle, Granbury, TX 76049-1748 |
| 23278028 | + | Michelle Unrue, 4029 Nola Drive, Midlothian, TX 76065-4408 |
| 23278029 | + | Mike Ryan, 1129 Garden Ridge Dr, Burleson, TX 76028-4967 |
| 23278030 | + | Mission Lane LLC, PO Box 10528, Atlanta, GA 30310 |
| 23278031 | + | Nicole Kincaid, 2080 Compass Way, Bluff Dale, TX 76433-4651 |
| 23278032 | + | Norred Law, PLLC, 515 E Border St, Arlington, TX 76010-7402 |
| 23278033 | + | Nuwan Warnesuriye, 12578 Bella Amore Drive, Fort Worth, TX 76126-4954 |
| 23278034 | + | Paula Jones, 3925 County Road 310, Cleburne, TX 76031-8509 |
| 23278037 | + | Red River Employees Federal Credit Union, PO Box 6909, Texarkana, TX 75505-6909 |
| 23278038 | + | Rhonda Woodall, 712 Featherson Street, Cleburne, TX 76033-4756 |
| 23278039 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23278041 | + | Roddy Eaton, 4916 Viejo Ct, Granbury, TX 76049-7103 |
| 23278042 | + | Sam Burgess, 7033 Shady Hills Lane, Burleson, TX 76028-1050 |
| 23278050 | + | TMN Enterprise, 608 West Industrial Blvd Building 200, Cleburne, TX 76033-7777 |
| 23278045 | + | Terri Welch, 501 Stadium Dr, Glen Rose, TX 76043-4635 |
| 23278046 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23278048 | + | Texas Car Title, 1111 E Henderson St., Cleburne, TX 76031-5222 |
| 23278051 | + | Tracey Brown, 703 N 5th Street, Temple, TX 76501-3115 |
| 23278053 | + | Wells Fargo Bank, MAC D4004-03A P.O. Box 202902, Dallas, TX 75320-0001 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| aty | Email/Text: clayton@norredlaw.com | Apr 09 2026 21:43:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| aty | ^ MEBN | Apr 09 2026 21:40:23 | David Anthony Schroeder, I, Aldridge Pite, LLP, |

| District/off: 0539-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: 309A | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| | | | 3525 Piedmont Road, N.E., Six Piedmont Center, Suite 700, Atlanta, GA 30305-1542 |
| tr | + EDI: QMDGARNER.COM | Apr 10 2026 01:34:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | Johnson County, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010 |
| cr | + Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | Rio Vista ISD, % Perdue Brandon Fielder Et Al, 500 E Border Street, Suite 640, Arlington, TX 76010-7457 |
| 23277998 | + Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 21:55:22 | AMEX/CBNA, PO Box 981540, El Paso, TX 79998-1540 |
| 23282536 | + EDI: AISACG.COM | Apr 10 2026 01:34:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23284307 | + EDI: AISACG.COM | Apr 10 2026 01:34:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23277997 | + EDI: GMACFS.COM | Apr 10 2026 01:34:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 23278000 | ^ MEBN | Apr 09 2026 21:40:03 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23278002 | + EDI: CITICORP | Apr 10 2026 01:34:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 23278007 | Email/Text: fpdbankruptcynoticesgroup@cat.com | Apr 09 2026 21:44:00 | Caterpillar Financial Services, PO Box 340001, Nashville, TN 37203 |
| 23278005 | + EDI: CAPITALONE.COM | Apr 10 2026 01:34:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23290272 | EDI: CAPITALONE.COM | Apr 10 2026 01:34:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 23278008 | + EDI: JPMORGANCHASE | Apr 10 2026 01:34:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 23278009 | + Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | City of Cleburne, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278011 | + Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | Cleburne ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278012 | + Email/Text: bdsupport@creditmanagementcompany.com | Apr 09 2026 21:44:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive Suite 110, Pittsburgh, PA 15220-2700 |
| 23278013 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 09 2026 21:43:00 | Cross Country Mortgage, 8950 Cypress Walter?S Blvd, Coppell, TX 75019-4620 |
| 23278014 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 09 2026 21:44:00 | Dept. Of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 23278015 | + Email/Text: EBNBKNOT@ford.com | Apr 09 2026 21:44:00 | Ford Credit, c/o Customer Service Center, PO Box 35910, Cleveland, OH 44135-0910 |
| 23304592 | + EDI: PHINAMERI.COM | Apr 10 2026 01:34:00 | GM Financial, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 23281264 | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Apr 09 2026 21:55:28 | U.S. Department of Housing and Urban Development, 307 W. 7th St., Suite 1000, Fort Worth, TX 76102 |
| 23278018 | + EDI: IRS.COM | | |

| District/off: 0539-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: 309A | Total Noticed: 68 |

| | | Apr 10 2026 01:34:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 23312448 | + Email/Text: RASEBN@raslg.com | Apr 09 2026 21:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23278025 | + Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23278026 | + Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23278021 | Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010 |
| 23278035 | + Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23278040 | + Email/Text: emccain@pbfcm.com | Apr 09 2026 21:44:00 | Rio Vista ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278043 | Email/Text: pacer@cpa.state.tx.us | Apr 09 2026 21:44:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23278044 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Apr 09 2026 21:43:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23278047 | + Email/Text: bcd@oag.texas.gov | Apr 09 2026 21:43:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23278049 | + Email/Text: collections.pacer@twc.texas.gov | Apr 09 2026 21:44:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23278052 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 09 2026 21:44:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23282537 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23278016 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23278036 | ##+ | Perfection Collection, 313 E 1200 S, Suite 102, Orem, UT 84058-6910 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026          Signature:          /s/Gustava Winters

District/off: 0539-4                          User: admin                          Page 4 of 4
Date Rcvd: Apr 09, 2026                       Form ID: 309A                        Total Noticed: 68

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Monty Wade Moore clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David Anthony Schroeder, I | on behalf of Creditor CrossCountry Mortgage  LLC, ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com |
| Elizabeth Banda Calvo | on behalf of Creditor Rio Vista ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Pam Bassel | fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | Monty Wade Moore<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–9354<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Northern District of Texas | | Date case filed in chapter:   13   3/13/26 |
| Case number:   26–41130–elm7 | | Date case converted to chapter:   7   4/8/26 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Monty Wade Moore | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 313 Olde Knoll Place<br>Rio Vista, TX 76093 | |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br><br>Email:  clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn Garner<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | Contact phone (817) 505–1499 |

**For more information, see page 2 >**

Debtor **Monty Wade Moore**                                                                 Case number **26–41130–elm7**

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 817–333–6000<br><br>Date: 4/9/26 |

| 7. Meeting of creditors | **May 12, 2026 at 10:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 464 039 8681, and Passcode 0030076670, OR call 1–682–204–2647**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/13/26** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                     page **2**