United States Bankruptcy Court

Northern District of Texas

In re:

Monty Wade Moore

    Debtor

Case No. 26-41130-elm

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4        User: admin        Page 1 of 4

Date Rcvd: Apr 09, 2026        Form ID: pdf020        Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Monty Wade Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23277999 | + | Angela Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23278001 | + | Barnett Garcia, 3821 Juniper Trace Suite 108, Austin, TX 78738-5514 |
| 23278003 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23278004 | + | Caine & Weiner (Progressive Northern Insurance), PO Box 5010, Woodland Hills, CA 91365-5010 |
| 23278006 | + | Cassandra Black, 7432 Spring Ranch Court, Godley, TX 76044-3854 |
| 23278010 | + | City of Venus, 700 W US Highway 67, Venus, TX 76084-3361 |
| 23278017 | + | Intuit Quickbooks, 2700 Coast Ave., Mountain View, CA 94043-1140 |
| 23278019 | + | Jackie Bess, 961 Prairie Timber road, Burleson, TX 76028-7658 |
| 23278020 | + | John Stayer, 11708 Pallas Pl, Godley, TX 76044-1513 |
| 23278022 | + | Josh Schatzel, 703 Mustang Trail, Granbury, TX 76049-5688 |
| 23278023 | + | Kathy and Rudy, 1507 Brooks avenue, Brownwood, TX 76801-7318 |
| 23278024 | + | Lance Burleson, 150 County Road 1192, Kopperl, TX 76652-4857 |
| 23278027 | + | Michael Morrow, 4804 Blue Water Circle, Granbury, TX 76049-1748 |
| 23278028 | + | Michelle Unrue, 4029 Nola Drive, Midlothian, TX 76065-4408 |
| 23278029 | + | Mike Ryan, 1129 Garden Ridge Dr, Burleson, TX 76028-4967 |
| 23278030 | + | Mission Lane LLC, PO Box 10528, Atlanta, GA 30310 |
| 23278031 | + | Nicole Kincaid, 2080 Compass Way, Bluff Dale, TX 76433-4651 |
| 23278032 | + | Norred Law, PLLC, 515 E Border St, Arlington, TX 76010-7402 |
| 23278033 | + | Nuwan Warnesuriye, 12578 Bella Amore Drive, Fort Worth, TX 76126-4954 |
| 23278034 | + | Paula Jones, 3925 County Road 310, Cleburne, TX 76031-8509 |
| 23278037 | + | Red River Employees Federal Credit Union, PO Box 6909, Texarkana, TX 75505-6909 |
| 23278038 | + | Rhonda Woodall, 712 Featherson Street, Cleburne, TX 76033-4756 |
| 23278039 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23278041 | + | Roddy Eaton, 4916 Viejo Ct, Granbury, TX 76049-7103 |
| 23278042 | + | Sam Burgess, 7033 Shady Hills Lane, Burleson, TX 76028-1050 |
| 23278050 | + | TMN Enterprise, 608 West Industrial Blvd Building 200, Cleburne, TX 76033-7777 |
| 23278045 | + | Terri Welch, 501 Stadium Dr, Glen Rose, TX 76043-4635 |
| 23278046 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23278048 | + | Texas Car Title, 1111 E Henderson St., Cleburne, TX 76031-5222 |
| 23278051 | + | Tracey Brown, 703 N 5th Street, Temple, TX 76501-3115 |
| 23278053 | + | Wells Fargo Bank, MAC D4004-03A P.O. Box 202902, Dallas, TX 75320-0001 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: emccain@pbfcm.com | | |
| | | | Apr 09 2026 21:44:00 | Johnson County, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010 |
| cr | + | Email/Text: emccain@pbfcm.com | | |
| | | | Apr 09 2026 21:44:00 | Rio Vista ISD, % Perdue Brandon Fielder Et Al, |

District/off: 0539-4 | User: admin | Page 2 of 4
Date Rcvd: Apr 09, 2026 | Form ID: pdf020 | Total Noticed: 64

| | | | |
|---|---|---|---|
| | | | 500 E Border Street, Suite 640, Arlington, TX 76010-7457 |
| 23277998 | + | Email/PDF: bncnotices@becket-lee.com | |
| | | Apr 09 2026 21:55:29 | AMEX/CBNA, PO Box 981540, El Paso, TX 79998-1540 |
| 23282536 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | Apr 09 2026 21:55:35 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23284307 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | Apr 09 2026 21:55:35 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23277997 | + | Email/Text: ally@ebn.phinsolutions.com | |
| | | Apr 09 2026 21:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 23278000 | ^ | MEBN | |
| | | Apr 09 2026 21:40:04 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23278002 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 09 2026 21:55:38 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 23278007 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | |
| | | Apr 09 2026 21:44:00 | Caterpillar Financial Services, PO Box 340001, Nashville, TN 37203 |
| 23278005 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Apr 09 2026 21:55:21 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23290272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Apr 09 2026 21:55:28 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 23278008 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Apr 09 2026 21:55:28 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 23278009 | + | Email/Text: emccain@pbfcm.com | |
| | | Apr 09 2026 21:44:00 | City of Cleburne, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278011 | + | Email/Text: emccain@pbfcm.com | |
| | | Apr 09 2026 21:44:00 | Cleburne ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278012 | + | Email/Text: bdsupport@creditmanagementcompany.com | |
| | | Apr 09 2026 21:44:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive Suite 110, Pittsburgh, PA 15220-2700 |
| 23278013 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Apr 09 2026 21:43:00 | Cross Country Mortgage, 8950 Cypress Walter?S Blvd, Coppell, TX 75019-4620 |
| 23278014 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | Apr 09 2026 21:44:00 | Dept. Of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 23278015 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Apr 09 2026 21:44:00 | Ford Credit, c/o Customer Service Center, PO Box 35910, Cleveland, OH 44135-0910 |
| 23304592 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
| | | Apr 09 2026 21:44:00 | GM Financial, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 23281264 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | |
| | | Apr 09 2026 21:55:28 | U.S. Department of Housing and Urban Development, 307 W. 7th St., Suite 1000, Fort Worth, TX 76102 |
| 23278018 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 09 2026 21:44:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23312448 | + | Email/Text: RASEBN@raslg.com | |
| | | Apr 09 2026 21:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23278025 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23278026 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 09 2026 21:44:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 |

District/off: 0539-4                          User: admin                                 Page 3 of 4

Date Rcvd: Apr 09, 2026                       Form ID: pdf020                              Total Noticed: 64

|  |  |  |  |
|---|---|---|---|
| | | | Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23278021 | Email/Text: emccain@pbfcm.com | | |
| | | Apr 09 2026 21:44:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010 |
| 23278035 | + Email/Text: emccain@pbfcm.com | | |
| | | Apr 09 2026 21:44:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23278040 | + Email/Text: emccain@pbfcm.com | | |
| | | Apr 09 2026 21:44:00 | Rio Vista ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278043 | Email/Text: pacer@cpa.state.tx.us | | |
| | | Apr 09 2026 21:44:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23278044 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | | |
| | | Apr 09 2026 21:43:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23278047 | + Email/Text: bcd@oag.texas.gov | | |
| | | Apr 09 2026 21:43:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23278049 | + Email/Text: collections.pacer@twc.texas.gov | | |
| | | Apr 09 2026 21:44:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23278052 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Apr 09 2026 21:44:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23282537 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23278016 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23278036 | ##+ | Perfection Collection, 313 E 1200 S, Suite 102, Orem, UT 84058-6910 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | |
| | on behalf of Debtor Monty Wade Moore clayton@norredlaw.com |
| | clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

District/off: 0539-4                           User: admin                                Page 4 of 4
Date Rcvd: Apr 09, 2026                        Form ID: pdf020                            Total Noticed: 64

David Anthony Schroeder, I
                       on behalf of Creditor CrossCountry Mortgage  LLC, ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com

Elizabeth Banda Calvo
                       on behalf of Creditor Rio Vista ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com

Elizabeth Banda Calvo
                       on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com

Pam Bassel
                       fwch13cmecf@fwch13.com

United States Trustee
                       ustpregion06.da.ecf@usdoj.gov


TOTAL: 6



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 8, 2026**

_____

**United States Bankruptcy Judge**

BTXN 074 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Monty Wade Moore | § | Case No.:  26–41130–elm13 |
| | § | Chapter No.:  13 |
| Debtor(s) | § | |

## ORDER REGARDING NOTICE OF CONVERSION

    The Court, after review of the file and docket in the above entitled and numbered case, related to document 17, finds that a notice of voluntary conversion has been filed by the Debtor(s) to convert this case from Chapter 13 to Chapter 7. The Court finds that conversion of this case is effective as of the date of the notice of conversion pursuant to 11 U.S.C. §1307(a) and should be granted; it is, therefore

    **ORDERED** that this case is converted to a case under Chapter 7.

# # # End of Order # # #