BTXN 176 (rev. 12/24)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                                      §
Monty Wade Moore                                            §     Case No.:  26–41130–elm7
                                                            §     Chapter No.:  7
                                        Debtor(s)           §

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION FOR COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must file a certificate of course completion issued by the provider, as described in 11 U.S.C. § 111.*

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a certificate of course completion issued by the provider must be filed before a discharge can be entered. The certificate of course completion must be filed within 60 days after the first date set for the meeting of creditors under § 341.

Failure to file the certificate of course completion will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate of course completion, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED:  4/14/26                          FOR THE COURT:
                                         Stephen J Manz, Clerk of Court
        *NOTE: A certificate of course completion issued by the provider must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).