Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

|  |  |
|---|---|
| In re:<br>Monty Wade Moore,<br><br>Debtor. | Case No. 26-41130-elm7<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's *Notice of Chapter 7 Bankruptcy Case* [ECF 19] and the *Notice to Convert to Chapter* 7 [ECF 17] was served on April 10, 2026, via First-Class Mail on Perfection Collection at the following address:

Perfection Collection
313 1200 S, Suite 102
Orem, UT 84058

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor