**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                    **CASE NO.: 26-41130-ELM-13**

**MONTY WADE MOORE**
313 OLDE KNOLL PL
RIO VISTA, TX 76093
SSN/TIN: XXX-XX-9354

**DEBTOR**

### REPORT OF SECTION 341 MEETING

**Meeting Information:**          Meeting Date:  April 21, 2026
                                  Original Date:  April 21, 2026

**341 Meeting:**   **NOT HELD**

By:      /s/  Ethan Cartwright
                 Ethan Cartwright
                 Presiding Officer