United States Bankruptcy Court

Northern District of Texas

In re:                                                          Case No. 26-41130-elm

Monty Wade Moore                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                 User: admin                        Page 1 of 4

Date Rcvd: Apr 23, 2026              Form ID: pdf013                    Total Noticed: 65

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monty Wade Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23277999 | + | Angela Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23278001 | + | Barnett Garcia, 3821 Juniper Trace Suite 108, Austin, TX 78738-5514 |
| 23278003 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23278004 | + | Caine & Weiner (Progressive Northern Insurance), PO Box 5010, Woodland Hills, CA 91365-5010 |
| 23278006 | + | Cassandra Black, 7432 Spring Ranch Court, Godley, TX 76044-3854 |
| 23278010 | + | City of Venus, 700 W US Highway 67, Venus, TX 76084-3361 |
| 23278017 | + | Intuit Quickbooks, 2700 Coast Ave., Mountain View, CA 94043-1140 |
| 23278019 | + | Jackie Bess, 961 Prairie Timber road, Burleson, TX 76028-7658 |
| 23278020 | + | John Stayer, 11708 Pallas Pl, Godley, TX 76044-1513 |
| 23278022 | + | Josh Schatzel, 703 Mustang Trail, Granbury, TX 76049-5688 |
| 23278023 | + | Kathy and Rudy, 1507 Brooks avenue, Brownwood, TX 76801-7318 |
| 23278024 | + | Lance Burleson, 150 County Road 1192, Kopperl, TX 76652-4857 |
| 23278027 | + | Michael Morrow, 4804 Blue Water Circle, Granbury, TX 76049-1748 |
| 23278028 | + | Michelle Unrue, 4029 Nola Drive, Midlothian, TX 76065-4408 |
| 23278029 | + | Mike Ryan, 1129 Garden Ridge Dr, Burleson, TX 76028-4967 |
| 23278030 | + | Mission Lane LLC, PO Box 10528, Atlanta, GA 30310 |
| 23278031 | + | Nicole Kincaid, 2080 Compass Way, Bluff Dale, TX 76433-4651 |
| 23278032 | + | Norred Law, PLLC, 515 E Border St, Arlington, TX 76010-7402 |
| 23278033 | + | Nuwan Warnesuriye, 12578 Bella Amore Drive, Fort Worth, TX 76126-4954 |
| 23278034 | + | Paula Jones, 3925 County Road 310, Cleburne, TX 76031-8509 |
| 23278037 | + | Red River Employees Federal Credit Union, PO Box 6909, Texarkana, TX 75505-6909 |
| 23278038 | + | Rhonda Woodall, 712 Featherson Street, Cleburne, TX 76033-4756 |
| 23278039 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23278041 | + | Roddy Eaton, 4916 Viejo Ct, Granbury, TX 76049-7103 |
| 23278042 | + | Sam Burgess, 7033 Shady Hills Lane, Burleson, TX 76028-1050 |
| 23278050 | + | TMN Enterprise, 608 West Industrial Blvd Building 200, Cleburne, TX 76033-7777 |
| 23278045 | + | Terri Welch, 501 Stadium Dr, Glen Rose, TX 76043-4635 |
| 23278046 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23278048 | + | Texas Car Title, 1111 E Henderson St., Cleburne, TX 76031-5222 |
| 23278051 | + | Tracey Brown, 703 N 5th Street, Temple, TX 76501-3115 |
| 23278053 | + | Wells Fargo Bank, MAC D4004-03A P.O. Box 202902, Dallas, TX 75320-0001 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bassel341docs@fwch13.com | Apr 23 2026 23:01:00 | Pam Bassel, Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |
| cr | | Email/Text: emccain@pbfcm.com | Apr 23 2026 22:59:00 | Johnson County, % Perdue Brandon Fielder Et Al, |

District/off: 0539-4

User: admin

Page 2 of 4

Date Rcvd: Apr 23, 2026

Form ID: pdf013

Total Noticed: 65

| | | | | |
|---|---|---|---|---|
| | | | | 500 E. Border Street, Suite 640, Arlington, TX 76010 |
| cr | + | Email/Text: emccain@pbfcm.com | Apr 23 2026 22:59:00 | Rio Vista ISD, % Perdue Brandon Fielder Et Al, 500 E Border Street, Suite 640, Arlington, TX 76010-7457 |
| 23277998 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 23:07:23 | AMEX/CBNA, PO Box 981540, El Paso, TX 79998-1540 |
| 23282536 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2026 23:07:07 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23284307 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2026 23:07:22 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23277997 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 23 2026 22:58:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 23278000 | ^ | MEBN | Apr 23 2026 23:01:20 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23278002 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 23:07:41 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 23278007 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Apr 23 2026 22:59:00 | Caterpillar Financial Services, PO Box 340001, Nashville, TN 37203 |
| 23278005 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2026 23:07:32 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23290272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2026 23:07:05 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 23278008 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 23 2026 23:07:04 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 23278009 | + | Email/Text: emccain@pbfcm.com | Apr 23 2026 22:59:00 | City of Cleburne, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278011 | + | Email/Text: emccain@pbfcm.com | Apr 23 2026 22:59:00 | Cleburne ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278012 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 23 2026 23:00:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive Suite 110, Pittsburgh, PA 15220-2700 |
| 23278013 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2026 22:58:00 | Cross Country Mortgage, 8950 Cypress Walter?S Blvd, Coppell, TX 75019-4620 |
| 23278014 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 23 2026 23:00:00 | Dept. Of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 23278015 | + | Email/Text: EBNBKNOT@ford.com | Apr 23 2026 23:00:00 | Ford Credit, c/o Customer Service Center, PO Box 35910, Cleveland, OH 44135-0910 |
| 23304592 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 23 2026 22:59:00 | GM Financial, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 23281264 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Apr 23 2026 23:07:33 | U.S. Department of Housing and Urban Development, 307 W. 7th St., Suite 1000, Fort Worth, TX 76102 |
| 23278018 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2026 22:59:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23312448 | + | Email/Text: RASEBN@raslg.com | Apr 23 2026 22:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23278025 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |

| | | Apr 23 2026 23:00:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23278026 | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Apr 23 2026 23:00:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23278021 | Email/Text: emccain@pbfcm.com | | |
| | | Apr 23 2026 22:59:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010 |
| 23278035 | + Email/Text: emccain@pbfcm.com | | |
| | | Apr 23 2026 22:59:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23278040 | + Email/Text: emccain@pbfcm.com | | |
| | | Apr 23 2026 22:59:00 | Rio Vista ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278043 | Email/Text: pacer@cpa.state.tx.us | | |
| | | Apr 23 2026 23:00:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23278044 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | | |
| | | Apr 23 2026 22:58:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23278047 | + Email/Text: bcd@oag.texas.gov | | |
| | | Apr 23 2026 22:59:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23278049 | + Email/Text: collections.pacer@twc.texas.gov | | |
| | | Apr 23 2026 23:00:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23278052 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Apr 23 2026 23:00:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23282537 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23278016 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23278036 | ##+ | Perfection Collection, 313 1200 S, Suite 102, Orem, UT 84058-6910 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

District/off: 0539-4                        User: admin                                    Page 4 of 4

Date Rcvd: Apr 23, 2026                      Form ID: pdf013                             Total Noticed: 65

Clayton Everett
                        on behalf of Debtor Monty Wade Moore clayton@norredlaw.com
                        clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
                        com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

David Anthony Schroeder, I
                        on behalf of Creditor CrossCountry Mortgage  LLC, ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com

Elizabeth Banda Calvo
                        on behalf of Creditor Rio Vista ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com

Elizabeth Banda Calvo
                        on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com

Marilyn Garner
                        mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net

Pam Bassel
                        fwch13cmecf@fwch13.com

United States Trustee
                        ustpregion06.da.ecf@usdoj.gov


TOTAL: 7

Pam Bassel
Chapter 13 Standing Trustee
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re:                                                    Case No: 26-41130-ELM

Monty Wade Moore

         Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Net Receipts | $0.00 |
| | |
| Administrative Disbursements  * | $0.00 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk 's Fees

| | |
|---|---|
| Total Disbursements | $0.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee 's bond with respect to this case can be terminated.

/s/ Pam Bassel

Standing Chapter 13 Trustee