BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:           §
Monty Wade Moore       §   Case No.:  26–41130–elm7
            §   Chapter No.:  7
       Debtor(s)   §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  7/17/26        FOR THE COURT:
             Stephen J Manz, Clerk of Court