United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-41130-elm |
| Monty Wade Moore | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 17, 2026 | Form ID: 318 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monty Wade Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| tr | + | Pam Bassel (Hurst), Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |
| 23277999 | + | Angela Moore, 313 Olde Knoll Place, Rio Vista, TX 76093-3981 |
| 23278001 | + | Barnett Garcia, 3821 Juniper Trace Suite 108, Austin, TX 78738-5514 |
| 23278003 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23278004 | + | Caine & Weiner (Progressive Northern Insurance), PO Box 5010, Woodland Hills, CA 91365-5010 |
| 23278006 | + | Cassandra Black, 7432 Spring Ranch Court, Godley, TX 76044-3854 |
| 23278010 | + | City of Venus, 700 W US Highway 67, Venus, TX 76084-3361 |
| 23278017 | + | Intuit Quickbooks, 2700 Coast Ave., Mountain View, CA 94043-1140 |
| 23278019 | + | Jackie Bess, 961 Prairie Timber road, Burleson, TX 76028-7658 |
| 23278020 | + | John Stayer, 11708 Pallas Pl, Godley, TX 76044-1513 |
| 23278022 | + | Josh Schatzel, 703 Mustang Trail, Granbury, TX 76049-5688 |
| 23278023 | + | Kathy and Rudy, 1507 Brooks avenue, Brownwood, TX 76801-7318 |
| 23278024 | + | Lance Burleson, 150 County Road 1192, Kopperl, TX 76652-4857 |
| 23278027 | + | Michael Morrow, 4804 Blue Water Circle, Granbury, TX 76049-1748 |
| 23278028 | + | Michelle Unrue, 4029 Nola Drive, Midlothian, TX 76065-4408 |
| 23278029 | + | Mike Ryan, 1129 Garden Ridge Dr, Burleson, TX 76028-4967 |
| 23278030 | + | Mission Lane LLC, PO Box 10528, Atlanta, GA 30310 |
| 23278031 | + | Nicole Kincaid, 2080 Compass Way, Bluff Dale, TX 76433-4651 |
| 23278032 | + | Norred Law, PLLC, 515 E Border St, Arlington, TX 76010-7402 |
| 23278033 | + | Nuwan Warnesuriye, 12578 Bella Amore Drive, Fort Worth, TX 76126-4954 |
| 23278034 | + | Paula Jones, 3925 County Road 310, Cleburne, TX 76031-8509 |
| 23278036 | + | Perfection Collection LLC, 313 E. 1200 S, Orem, UT 84058-6910 |
| 23278037 | + | Red River Employees Federal Credit Union, PO Box 6909, Texarkana, TX 75505-6909 |
| 23278038 | + | Rhonda Woodall, 712 Featherson Street, Cleburne, TX 76033-4756 |
| 23278039 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23278041 | + | Roddy Eaton, 4916 Viejo Ct, Granbury, TX 76049-7103 |
| 23278042 | + | Sam Burgess, 7033 Shady Hills Lane, Burleson, TX 76028-1050 |
| 23278050 | + | TMN Enterprise, 608 West Industrial Blvd Building 200, Cleburne, TX 76033-7777 |
| 23278045 | + | Terri Welch, 501 Stadium Dr, Glen Rose, TX 76043-4635 |
| 23278046 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23278048 | + | Texas Car Title, 1111 E Henderson St., Cleburne, TX 76031-5222 |
| 23278051 | + | Tracey Brown, 703 N 5th Street, Temple, TX 76501-3115 |
| 23278053 | + | Wells Fargo Bank, MAC D4004-03A P.O. Box 202902, Dallas, TX 75320-0001 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Jul 18 2026 02:06:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| cr | | Email/Text: emccain@pbfcm.com | Jul 17 2026 22:13:00 | Johnson County, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010 |

District/off: 0539-4                                    User: admin                                         Page 2 of 4

Date Rcvd: Jul 17, 2026                                 Form ID: 318                                        Total Noticed: 68

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: emccain@pbfcm.com | Jul 17 2026 22:13:00 | Rio Vista ISD, % Perdue Brandon Fielder Et Al, 500 E Border Street, Suite 640, Arlington, TX 76010-7457 |
| 23277998 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2026 22:17:40 | AMEX/CBNA, PO Box 981540, El Paso, TX 79998-1540 |
| 23282536 | + | EDI: AISACG.COM | Jul 18 2026 02:06:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23284307 | + | EDI: AISACG.COM | Jul 18 2026 02:06:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23277997 | + | EDI: GMACFS.COM | Jul 18 2026 02:06:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 23278000 | ^ | MEBN | Jul 17 2026 22:08:30 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23278002 | + | EDI: CITICORP | Jul 18 2026 02:06:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 23278007 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Jul 17 2026 22:13:00 | Caterpillar Financial Services, PO Box 340001, Nashville, TN 37203 |
| 23278005 | + | EDI: CAPITALONE.COM | Jul 18 2026 02:06:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23290272 | | EDI: CAPITALONE.COM | Jul 18 2026 02:06:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 23278008 | + | EDI: JPMORGANCHASE | Jul 18 2026 02:06:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 23278009 | + | Email/Text: emccain@pbfcm.com | Jul 17 2026 22:13:00 | City of Cleburne, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278011 | + | Email/Text: emccain@pbfcm.com | Jul 17 2026 22:13:00 | Cleburne ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278012 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 17 2026 22:13:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive Suite 110, Pittsburgh, PA 15220-2700 |
| 23278013 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 17 2026 22:13:00 | Cross Country Mortgage, 8950 Cypress Walter?S Blvd, Coppell, TX 75019-4620 |
| 23278014 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 17 2026 22:13:00 | Dept. Of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 23278015 | + | Email/Text: EBNBKNOT@ford.com | Jul 17 2026 22:13:00 | Ford Credit, c/o Customer Service Center, PO Box 35910, Cleveland, OH 44135-0910 |
| 23304592 | + | EDI: PHINAMERI.COM | Jul 18 2026 02:06:00 | GM Financial, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 23281264 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Jul 17 2026 22:17:43 | U.S. Department of Housing and Urban Development, 307 W. 7th St., Suite 1000, Fort Worth, TX 76102 |
| 23278018 | + | EDI: IRS.COM | Jul 18 2026 02:06:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23312448 | + | Email/Text: RASEBN@raslg.com | Jul 17 2026 22:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23363937 | + | Email/Text: inchargehq@westcreekfin.com | Jul 17 2026 22:13:00 | Koalafi, 424 Hull St Suite 600, Richmond, VA 23224-4114 |

District/off: 0539-4 | User: admin | Page 3 of 4
Date Rcvd: Jul 17, 2026 | Form ID: 318 | Total Noticed: 68

| 23278025 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 17 2026 22:13:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23278026 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 17 2026 22:13:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23278021 | Email/Text: emccain@pbfcm.com | Jul 17 2026 22:13:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010 |
| 23278035 | + Email/Text: emccain@pbfcm.com | Jul 17 2026 22:13:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23278040 | + Email/Text: emccain@pbfcm.com | Jul 17 2026 22:13:00 | Rio Vista ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street Suite 640, Arlington, TX 76010-7457 |
| 23278043 | Email/Text: pacer@cpa.state.tx.us | Jul 17 2026 22:13:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23278044 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jul 17 2026 22:13:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23278047 | + Email/Text: bcd@oag.texas.gov | Jul 17 2026 22:13:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23278049 | + Email/Text: collections.pacer@twc.texas.gov | Jul 17 2026 22:13:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23278052 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 17 2026 22:13:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23282537 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23278016 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0539-4

User: admin

Page 4 of 4

Date Rcvd: Jul 17, 2026

Form ID: 318

Total Noticed: 68

Clayton Everett

on behalf of Debtor Monty Wade Moore clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

David Anthony Schroeder, I

on behalf of Creditor CrossCountry Mortgage  LLC, ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com

Elizabeth Banda Calvo

on behalf of Creditor Rio Vista ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com

Elizabeth Banda Calvo

on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com

Marilyn Garner

mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net

Pam Bassel (Hurst)

fwch13cmecf@fwch13.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov


TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Monty Wade Moore | Social Security number or ITIN   xxx–xx–9354 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | |
| Case number:   26–41130–elm7 | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Monty Wade Moore

7/17/26

**By the court:**   Edward L. Morris
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                 **Order of Discharge**                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                     **Order of Discharge**                     page 2