United States Bankruptcy Court

Northern District of Texas

In re:                                                                                        Case No. 26-41130-elm

Monty Wade Moore                                                               Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: BTXN112 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID              Recipient Name and Address**
tr              +  Pam Bassel (Hurst), Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

**Name                Email Address**

Clayton Everett

      on behalf of Debtor Monty Wade Moore clayton@norredlaw.com
      clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

David Anthony Schroeder, I

      on behalf of Creditor CrossCountry Mortgage  LLC, ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com

Elizabeth Banda Calvo

      on behalf of Creditor Rio Vista ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com

Elizabeth Banda Calvo

      on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com

Marilyn Garner

      mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net

Pam Bassel (Hurst)

District/off: 0539-4                     User: admin                          Page 2 of 2

Date Rcvd: Jul 20, 2026                  Form ID: BTXN112                      Total Noticed: 1

fwch13cmecf@fwch13.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

TOTAL: 7

BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                                    §
Monty Wade Moore                                          §        Case No.:  26–41130–elm7
                                                          §        Chapter No.:  7
                              Debtor(s)                   §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  7/17/26                          FOR THE COURT:
                                         Stephen J Manz, Clerk of Court